1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

JESSE BELLAMY,

12          Plaintiff(s),

13    v.

14    DATA MOMMA, LLC,

15          Defendant(s).

Case No.: 2:19-cv-01291-APG-NJK

**Order**

16          Each non-governmental party is required to file a certificate of interested parties

17    concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c)

18    (amended effective May 1, 2016). Both parties have failed to file a certificate of interested parties.

19    *See* Docket. Accordingly, each party must file a certificate of interested parties no later than

20    August 8, 2019.

21          IT IS SO ORDERED.

22          Dated: August 7, 2019

23
         _____
24                                        Nancy J. Koppe
                                          United States Magistrate Judge
25
26
27
28

1